## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 11-60380-CIV-ROSENBAUM/SELTZER

DOUGLAS CHRYSTALL, *individually and derivatively on behalf of* SERDEN TECHNOLOGIES, INC.,

       Plaintiff,

v.

SERDEN TECHNOLOGIES, INC., *et al.*,

       Defendant.

_____/

### ORDER REQUIRING PARTIES TO FILE NOTICE OF MEDIATOR SELECTION

The case is before the Court upon a review of the record. On January 10, 2013, the Court entered a Scheduling Order requiring the parties to file a notice on or before March 11, 2013, indicating whether they have agreed on a mediator. D.E. 125 at 1. To date, however, the parties have not filed this notice.

Accordingly, it is **ORDERED and ADJUDGED** that on or before **March 20, 2013**, the parties shall file a notice indicating whether they have agreed on a mediator. Failure to timely comply with this Order may result in sanctions being imposed on the offending party or parties.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 13th day of March 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Barry S. Seltzer
Counsel of record