UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60380-Civ-ROSENBAUM/SELTZER

DOUGLAS CHRYSTALL, individually and
derivatively on behalf of SERDEN
TECHNOLOGIES, INC.,

    Plaintiff,

v.

SERDEN TECHNOLOGIES, INC.,
MARC DUTHOIT and AVITIS SAS,

    Defendants.

## STIPULATION OF DISMISSAL

Upon the Court's approval pursuant to Fed. R. Civ. P. 23.1 of the settlement and dismissal of the derivative claims brought in Counts I, II, III, IV and VI of the Second Amended Verified Complaint in this action, the parties to the action[1] hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims, counterclaims and crossclaims by any party to the action be dismissed with prejudice, without payment or relief to any party, with each party to bear his or its own fees and costs, and with all rights of appeal waived.

---

[1] Formerly, Persystent Technology Corporation ("Persystent") was a defendant in this case. On June 22, 2012, the Court (Cooke, J.) ordered Persystent's crossclaim against defendants Serden Technologies, Inc., and Marc Duthoit dismissed [Docket Entry No. 110]. On December 21, 2012, the Court (Rosenbaum, J.) dismissed, inter alia, Counts VII through XI of the Second Amended Verified Complaint, the only counts pertaining to Persystent, with prejudice [Docket Entry No. 120]. As such, Persystent is no longer a party to this action. Moreover, Persystent has "ceased operations" [Docket Entry No. 88].

Respectfully submitted this 12th day of June, 2013.

/s/Maria Elena Abate
Maria Elena Abate, Esq.
Colodny Fass Talenfeld et al
100 SE Third Avenue
One Financial Plaza 23rd Floor
Fort Lauderdale, FL 33394
Tel: (954) 492-4010
Fax: (954) 492-1144
Email: mabate@cftlaw.com

*Attorney for Plaintiff*

**Of counsel**:
Michael K. Crossen, BBO#549267
John J. McGivney, BBO#333510
Rubin and Rudman LLP
50 Rowes Wharf
Boston, Massachusetts 02110-3319
Tel: (617) 330-7000
Fax: (617) 330-7550
mcrossen@rubinrudman.com
jmcgivney@rubinrudman.com

/s/Robert W. Bivins
Robert W. Bivins, Esq.
Kelly D. Haywood, Esq.
Bivins & Hemenway, P.A.
1060 Bloomingdale Avenue
Valrico, FL 33596
Tel: (813) 643-4900
Fax: (813) 643-4904
Email: bbivins@bhpalaw.com
       khaywood@bphlaw.com

*Attorney for AVITIS SAS*

/s/Michael Stegawski
Michael Stegawski, Esq.
Florida Bar No. 51589
Jose D. Sosa, Esq.
Florida Bar No. 150878
Convergent Litigation Associates, LLC
1111 Brickell Avenue, Suite 1100
Miami, FL 33131
Tel: (800) 750-9861
Fax: (866) 927-1674
Email: michael@cla-law.com
       sosa@cla-law.com

*Attorneys for Serden Technologies Inc., and Marc Duthoit*

2

1355963_1

## CERTIFICATE OF SERVICES

I HEREBY CERTIFY that on June 12, 2013, I electronically filed the foregoing Stipulation of Dismissal. I also certify that the foregoing document is being served this date on all counsel of record on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s:/MARIA ELENA ABATE
Maria Elena Abate

1355963_1

## SERVICE LIST

Michael A. Stegawski, Esq.
Jose D. Sosa, Esq.
Convergent Litigation Associates, LLC
1111 Brickell Avenue, Suite 1100
Miami, FL 33131
Tel: (800) 750-9861
Fax: (866) 927-1674
Email: michael@cla-law.com
       sosa@cla-law.com

Attorneys for Defendants
Serden Technologies, Inc.
and Marc Duthoit
(via the CM/ECF System)

Robert W. Bivins, Esq.
Kelly D. Haywood, Esq.
Bivins & Hemenway, P.A.
1060 Bloomingdale Avenue
Valrico, FL 33596
Tel: (813) 643-4900
Fax: (813) 643-4904
bbivins@bhpalaw.com
khaywood@bphlaw.com

Attorney for Defendant
Avitis SAS
(via the CM/ECF System)

1355963_1