UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60380-CIV-ROSENBAUM/SELTZER

DOUGLAS CHRYSTALL, *individually and derivatively on behalf of* SERDEN TECHNOLOGIES, INC.,

      Plaintiff,

v.

SERDEN TECHNOLOGIES, INC., *et al.*,

      Defendants.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court upon the parties' Stipulation of Dismissal [D.E. 145], filed pursuant to the Court's April 19, 2013, Order conditionally approving the parties' settlement of this action and requiring notice to shareholders under Rule 23.1, Fed. R. Civ. P.  D.E. 144.  Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., it is hereby **ORDERED and ADJUDGED** that the parties' stipulation is approved, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own fees and costs.  To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**.  The Clerk is directed to **CLOSE** this matter.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 13th day of June 2013.

*[signature]*
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record